Judge Whitney,

My case number is DNCW312CR00188-002. I was convicted of a non-violent crime in 2012 with a release date of June 7, 2037. I am writing to you because I am in dire need of a compassionate release.

The Federal Medical Center here in Butner, NC has well over 250 documented COVID-19 cases with about 10-15 deaths. More and more inmates seem to be contracting it, and it's not stopping. As everyone well knows by now, African Americans are dying at a much higher rate than all of the other races when contracted with COVID-19. I am very susceptible to sickness and infections. For one reason or another, I seem to catch a cold and the flu quite easily. Since my incarceration, I've had pneumonia a few times. A virus like COVID-19 would surely kill a black man like me if I were exposed to it. Even with the safety precautions the staff are supposed to use, the number of cases went from 8 to over 250 in less than 2 months.

One year ago, a foot infection led me to Butner's Federal Medical Center. After 3 surgeries, I only have 15% use of my foot because they couldn't repair my tendons. Unfortunately, I will never walk like a normal human being again. Therefore, I'm forced to travel everywhere in a wheelchair. For the last year, I've had a wound on my foot that refuses to heal properly now. Even with trained wound care nurses monitoring it and trying various remedies, the wound won't close. Recently, an inmate contracted Strep A, and because he had it in his wound, by the end of the week, 3 more inmates contracted Strep A because the nurses spread the bacteria.

In addition to that, after I arrived here I contracted a skin condition that affects my body and face. The doctor believes it's an allergy. However, no one knows how I got it or how to cure it. All they can do is treat it. I have to wash my face 3 to 4 times a day and applications of cleansers and ointments are needed daily.

I fear I will contract COVID-19 and not make it to the

end of my sentence. Since becoming incarcerated in 2012, my mother and my sister has died. I'm acutely aware of how precious life is. I'm engaged to a good woman, but now at the age of 45, I am at risk of never seeing her or my two grandchildren again.

Abnegating from gang life before I went to prison, I found solace as a Christian man. Since my incarceration 8 years ago, I haven't received a single infraction. In fact, I received my GED, completed over 25 different programs, and participated as a teacher for one of the Drug Program classes. By all accounts, I'm a model prisoner. I've worked hard to become a positive role model for my family. It's imperative that I return back to civilization and I live as an upstanding citizen in society. Upon my release, I will reside in a safe environment away from all criminal activities and individuals with bad habits. My income will be from Social Security Disability, and I will have both Medicaid and Medicare to pay for any medical bills.

CONTACT INFORMATION

NAME: TONJA BUTNER
ADDRESS: 1644 HERMAN DR.
APT. G
GASTONIA, NC 28052
PHONE: 980-228-2715

Thank you,
ALAN BARNETT
# 27497058
P.O. BOX 1600
Butner, NC 27509