Name: Alis Bennett 27497-059
Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RECEIVED
CHARLOTTE, NC
JUL 17 2020
Clerk, US District Court
Western District of NC

27497-058
Courthouse United State
401 W Trade ST
Charlotte, NC 28202
United States

Case 3:12-cr-00188-FDW-DSC   Document 1179-1   Filed 07/17/20   Page 1 of 1

