Clerk's Office
United States District Court
401 W Trade St
Charlotte, NC 28202

RECEIVED
CHARLOTTE, NC
NOV 12 2020
Clerk, US District Court
Western District of NC

Alan Barnett #37497-058
P.O. Box 1600
F.M.C
Butner, NC 27509