FILED: March 1, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7172
(3:12-cr-00188-FDW-DSC-2)
(3:17-cv-00477-FDW)
_____

UNITED STATES OF AMERICA

　　　Plaintiff - Appellee

v.

ALAN BOYD DONTA BARNETT, a/k/a Big Al

　　　Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK