FILED: April 23, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7172
(3:12-cr-00188-FDW-DSC-2)
(3:17-cv-00477-FDW)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ALAN BOYD DONTA BARNETT, a/k/a Big Al

        Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered 03/01/2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                 /s/Patricia S. Connor, Clerk